IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ROBERT D. BARTUS,

    Plaintiff,

v.                                     CIVIL ACTION NO.: 1:18-cv-152

WAL-MART STORES EAST, LP,

    Defendant.

## FINAL DISMISSAL ORDER

On this date came the parties hereto, by the undersigned counsel, and represented to the Court, by their signatures herein, that all claims and controversies asserted in the above-styled action, have been resolved by Settlement Agreement, and that the parties hereto, therefore jointly move that the above-styled action be dismissed with prejudice.

WHEREFORE, for good cause shown, and there being no objection thereto, this Court does hereby ORDER that the above-styled Action shall be and hereby is DISMISSED WITH PREJUDICE as to all parties and all claims asserted.

The Court further ORDERS that the Clerk of the United States District Court for the Northern District of West Virginia shall provide a copy of this entered Order by filing and service through the Court's CM/ECF electronic filing system.

**ENTER:** This __11th__ day of __March__, 2019.

                                                              *Tom S Kleeh*
                                                          JUDGE THOMAS M. KLEEH

AGREED TO BY:

*/s/ Kala L. Sowers*

Dino S. Colombo, Esq.
Kala L. Sowers, Esq.
341 Chaplin Road, 2nd Floor
Morgantown, WV 26501
*Counsel for Plaintiff*

PREPARED BY:

*/s/ Sara E. Brown*

Heather M. Noel, WV Bar No. 7814
Sara E. Brown, WV Bar No. 11999
MacCorkle Lavender PLLC
2004 White Willow Way
Morgantown, WV 26505
304/599-5600 telephone
304/599-8141 facsimile
*Counsel for Defendant*